1  DAVID J. MERRILL
   Nevada Bar No. 6060
2  DAVID J. MERRILL, P.C.
   2850 West Horizon Ridge Parkway, Suite 200
3  Henderson, Nevada  89052
   Telephone:  (702) 566-1935
4  Facsimile:  (702) 924-0787
   E-mail: david@djmerrillpc.com
5
   SEAN T. PROSSER (CA Bar No. 163903) (admitted *pro hac vice*)
6  TYSON E. MARSHALL (CA Bar No. 222488) (admitted *pro hac vice*)
   MORRISON & FOERSTER LLP
7  12531 High Bluff Drive, Suite 100
   San Diego, CA  92130-2040
8  Telephone:  (858) 720-5100
   Facsimile:  (858) 720-5125
9
   Attorneys for Defendants
10 BRIAN K. RABINOVITZ AND MARLIN R. BRINSKY

11
                         UNITED STATES DISTRICT COURT
12
                               DISTRICT OF NEVADA
13

14 SECURITIES AND EXCHANGE       )
   COMMISSION,                   )
                                 )   Case No.   2:05-CV-0531-PMP (GWF)
15              Plaintiff,       )
                                 )
16        v.                     )
                                 )
17 EXOTICS.COM, INC., L. REX ANDERSEN, )
   MARLIN R. BRINSKY, DANIEL G.  )
18 CHAPMAN, STEPHEN P. CORSO, JR., )
   BARRY F. DUGGAN, JAMES L.     )
19 ERICKSTEEN, SEAN P. FLANAGAN, )
   FIROZ JINNAH, INGO W. MUELLER,)
20 BRIAN K. RABINOVITZ, EDWARD JAMES )
   WEXLER, GARY THOMAS a/k/a GARY )
21 THOMAS VOJTESAK,              )
                                 )
22              Defendants,      )
        and                      )
23 FLANAGAN & ASSOCIATES, LTD.,  )
                                 )
24              Relief Defendant.)
                                 )
25 _____)

DAVID J. MERRILL, P.C.
2850 W. HORIZON RIDGE PKWY. #200
HENDERSON, NV  89052
PHONE (702) 566-1935
FAX (702) 924-0787

Page 1 of 10

### JOINT INTERIM STATUS REPORT & PROPOSED AMENDED STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER

**(Fourth Request)**

Pursuant to the Court's May 19, 2008 Order regarding the parties' Proposed Discovery Plan and Scheduling Order (the "May 2008 Scheduling Order"), Federal Rule of Civil Procedure 26(f), and Local Rules 26-1 and 26-4, the parties represented by the undersigned counsel hereby file this Joint Interim Status Report and submit this Proposed Amended Stipulated Discovery Plan and Scheduling Order. Given the nature and complexity of the allegations in the Complaint, the current status of the litigation, the Court's prior Scheduling and Stay Orders, and the other reasons discussed below, the parties respectfully request that the Court approve the Proposed Amended Stipulated Discovery Plan and Scheduling Order set forth herein.

**I.      Background**

Plaintiff U.S. Securities and Exchange Commission (the "Commission") filed this action in April 2005, alleging a manipulation and/or accounting fraud against thirteen principal defendants. Five of the defendants — Marlin R. Brinsky ("Brinsky"), Brian K. Rabinovitz ("Rabinovitz"), L. Rex Anderson ("Anderson"), Daniel G. Chapman ("Chapman"), and Sean P. Flanagan ("Flanagan") — moved to dismiss the Complaint. The Court denied Brinsky's and Rabinovitz's motions to dismiss in November 2005. Brinsky and Rabinovitz then answered the Complaint in December 2005. The Court denied Anderson's motion to dismiss in March 2006. Anderson filed his Answer in April 2006. The Court denied Chapman's and Flanagan's motions to dismiss in August 2008. Chapman and Flanagan answered the Complaint in September 2008. In October 2008, Chapman and Flanagan filed notice of their appeal of the Court's denial of their motions to dismiss. Chapman's and Flanagan's opening appellant briefs are due February 2, 2009. The Commission's responses are due March 3, 2009.[1]

---

[1] In October 2005, the Court stayed the matter as to Chapman and Flanagan pending unrelated criminal proceedings against them. Pursuant to the May 2008 Scheduling Order, the stay terminated on June 16, 2008.

DAVID J. MERRILL, P.C.
2850 W. HORIZON RIDGE PKWY. #200
HENDERSON, NV  89052
PHONE (702) 566-1935
FAX (702) 924-0787

James L. Ericksteen, who is *pro se*, filed his Answer to the Complaint in September 2005. Stephen P. Corso, Jr. ("Corso") answered the Complaint in May 2006, and Firoz Jinnah ("Jinnah") and Ingo W. Mueller ("Mueller") filed their answers in May 2008. Exotics.com, Inc. ("Exotics") and Gary Thomas, a/k/a Gary Thomas Vojtesak ("Thomas"), never answered or otherwise responded to the Complaint. As a result, the Commission obtained default judgments against Exotics in March 2006 and against Thomas in December 2006. The Commission reached a settlement with Barry F. Duggan ("Duggan") in April 2006, and is currently engaged in productive settlement discussions with counsel for defendants Jinnah, Mueller, and Edward James Wexler ("Wexler"). Wexler has not answered or otherwise responded to the Complaint. The Commission, however, has not sought default judgment against him because of the ongoing settlement discussions.

In sum, this action remains pending against ten of the original thirteen defendants. Nine of the remaining ten principal defendants have filed answers to the Complaint. The Commission is currently engaged in settlement discussions with three of the remaining defendants, including Wexler who has not answered or otherwise responded to the Complaint. Additionally, the Commission expects to present shortly proposed settlement terms to additional defendants, including Brinsky, Rabinovitz, Flanagan, and Corso.

## II.     Discovery

In September and October 2006, respectively, the Commission and Brinsky and Rabinovitz made the required initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). In October 2006, Brinsky issued a First Set of Interrogatories to the Commission, to which the Commission responded in December 2006. Also in October 2006, Rabinovitz issued a First Set of Interrogatories to the Commission, a First Set of Requests for Admission to Corso, and a First Sets of Request for Production of Documents to Corso, Chapman, and Flanagan. In December 2006, the Commission and Corso served their respective Responses to that discovery.

DAVID J. MERRILL, P.C.
2850 W. HORIZON RIDGE PKWY. #200
HENDERSON, NV 89052
PHONE (702) 566-1935
FAX (702) 924-0787

Chapman and Flanagan, however, did not respond, citing the Court's October 2005 Order staying the matter as to them. Rabinovitz has not yet re-served the discovery following the termination of the stay. Chapman issued a First Set of Interrogatories, First Set of Requests for Admission, and First Set of Request for Production of Documents to the Commission in October 2008, and the Commission issued its responses in November 2008.

In addition, as ordered by the Court in February 2006, the Commission has provided Jinnah and Mueller with copies of voluminous documents obtained by the Commission from the British Columbia Securities Commission ("BCSC") during the Commission's private investigation. The Commission provided these documents to Jinnah and Mueller so that they may conduct a privilege review with respect to the documents, provide the Commission with a privilege log, and allow the Commission, if necessary, to challenge assertions of privilege. Due to technical difficulties in accessing the data on the disk, Jinnah and Mueller have not yet completed the privilege review of the BCSC documents. Their counsel is working with the Commission to determine how best to provide access to the data on the disk; this is an ongoing process involving technical expertise on both sides.

In December 2006, the Commission served two expert reports on the parties. In addition, the Commission has taken fourteen depositions (nine since the parties' March 2008 Joint Interim Status Report) and one asset deposition (related to certain ongoing settlement negotiations).

### III.     The Current Discovery Plan and Scheduling Order

In May 2008, the parties submitted their Proposed Amended Stipulated Discovery Plan and Scheduling Order (Third Request) despite the fact that: (1) only five of the principal defendants had answered the Complaint; (2) in October 2005, the Court had ruled that Chapman and Flanagan did not have to answer or otherwise respond to the Complaint until completion of the pending criminal matters against them; and (3) the Commission was currently negotiating potential settlements with several of the remaining defendants.

DAVID J. MERRILL, P.C.
2850 W. HORIZON RIDGE PKWY. #200
HENDERSON, NV 89052
PHONE (702) 566-1935
FAX (702) 924-0787

Page 4 of 10

Also in May 2008, the Court granted the parties' Proposed Amended Stipulated Discovery Plan and Scheduling Order and issued its May 2008 Scheduling Order. Pursuant to the May 2008 Scheduling Order, the Court set the following discovery plan and scheduling order dates:

1. Last day to file interim status report:  December 17, 2008.
2. Last day to disclose rebuttal experts:  February 18, 2009.
3. Last day to complete discovery:  March 18, 2009.
4. Last day to file dispositive motions:  April 15, 2009.
5. Last day to file joint pretrial order:  May 19, 2009.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

As discussed below, the parties hereto believe that good cause exists to amend or otherwise modify the dates and deadlines set by the Court's May 2008 Scheduling Order.

### IV.     Rule 26(f) Conference

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(d), counsel for the Commission and counsel for the defendants hereto have conferred on several occasions concerning, among other things:  (i) the nature of the Commission's claims and defendants' defenses; (ii) the possibility for a prompt settlement or resolution of the case; (iii) arranging for the disclosures required by Rule 26(a)(1); (iv) the original and prior proposed amended discovery plans; (v) to prepare an agenda of items to be discussed at any scheduling conference which may be set by the Court; and (vi) the need for this Proposed Amended Stipulated Discovery Plan and Scheduling Order given.

### V.     Good Cause for an Amended Stipulated Discovery Plan and Scheduling Order

In submitting the original discovery plan and each prior amended discovery plans, the parties respectfully requested that the proposed deadlines be revisited by the Court after

DAVID J. MERRILL, P.C.
2850 W. HORIZON RIDGE PKWY. #200
HENDERSON, NV  89052
PHONE (702) 566-1935
FAX (702) 924-0787

Chapman and Flanagan had been ordered to answer the Complaint and once it became clear how many defendants remained in the action (after completion of ongoing settlement discussions). For the following reasons, the parties now request the Court revisit the May 2008 Scheduling Order.

As noted above, the stay as to Chapman and Flanagan terminated in June 2008, and they answered the Complaint in September 2008.  The parties may now notice the depositions of Chapman and Flanagan and propound other discovery, some of which Chapman and Flanagan had refused to answer while the stay was in effect.  Moreover, the parties anticipate the need to take more than a dozen additional depositions, mostly of individuals who are not subject to trial subpoena.

Further, the Commission and several defendants are engaged in ongoing and productive settlement discussions, and the Commission expects to present proposed settlement terms to these defendants and perhaps additional defendants in the near term.  The prior discovery plans and scheduling orders contemplated that Duggan (or any other defendant with whom the Commission staff reaches a settlement in principle or is currently engaged in settlement discussions) would not participate in discovery, except as a non-party, unless and until the settlement in principle is rejected by the Commission or settlement discussions have ceased.  The Commission has settled the matter as to Duggan, but continues to discuss settlement with several of the remaining defendants.  Additionally, due to both the ongoing settlement discussions and technical difficulties, defendants Mueller and Jinnah have not completed the required privilege review with respect to the BCSC documents produced to them by the Commission, and Wexler has not answered or otherwise responded to the Complaint.

DAVID J. MERRILL, P.C.
2850 W. HORIZON RIDGE PKWY. #200
HENDERSON, NV  89052
PHONE (702) 566-1935
FAX (702) 924-0787

1  For all of these reasons, it is in the best interests of all parties, and in the fair adjudication
2  and resolution of this matter, that the parties[2] request the Court adopt the following amendments
3  or modifications to the Court's May 2008 Scheduling Order:
4  
   1. Last day to file interim status report:  July 17, 2009.
5  
   2. Last day to disclose rebuttal experts:  August 18, 2009.
6  
   3. Last day to complete discovery:  September 18, 2009.
7  
   4. Last day to file dispositive motions:  October 15, 2009.

---

[2] Defendant James Ericksteen, who is presently *pro se* according to the docket, has indicated that he is opposed to any extension of the discovery deadlines in the case.

DAVID J. MERRILL, P.C.
2850 W. HORIZON RIDGE PKWY. #200
HENDERSON, NV  89052
PHONE (702) 566-1935
FAX (702) 924-0787

1      5. Last day to file joint pretrial order: November 19, 2009. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

     DATED this 17th day of December, 2008.

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION | MORRISON & FOERSTER LLP |
| By: */s/ Rachel Hershfang*<br>RACHEL HERSHFANG<br>33 Arch Street, 23rd Floor<br>Boston, Massachusetts  02110<br>(617) 573-8987 | By: */s/ Sean T. Prosser*<br>SEAN T. PROSSER<br>12531 High Bluff Drive, Suite 100<br>San Diego, California 92130<br>(858) 720-5100<br>Attorneys for Defendants Brinsky & Rabinovitz |
| By: */s/ O. Robert Meredith*<br>O. ROBERT MEREDITH<br>1111 Brickyard Road, Suite 206<br>Salt Lake City, Utah  84106<br>(801) 521-2552<br>Attorney for Defendant L. Rex Anderson | By: */s/ Donald J. Christie*<br>DONALD J. CHRISTIE<br>7143 Mission Hills Drive<br>Las Vegas, Nevada  89113<br>(702) 932-1672<br>Attorneys for Defendant Stephen P. Corso |
| By: */s/ Sean P. Flanagan*<br>SEAN P. FLANAGAN<br>332 South Jones Boulevard<br>Las Vegas, Nevada  89107<br>(702) 471-0112<br>*Pro Persona* | By: */s/ Daniel G. Chapman*<br>DANIEL G. CHAPMAN<br>1235 N. Clybourn Avenue, Suite A-187<br>Chicago, Illinois  60610<br>(702) 528-7374<br>*Pro Persona* |
| ISAACSON ROSENBAUM P.C.<br><br>By: */s/ David A. Zisser*<br>DAVID A. ZISSER<br>633 17th Street, Suite 2200<br>Denver, Colorado  80202<br>(303) 256-3952<br>Attorneys for Defendants Jinnah & Mueller | |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____

DAVID J. MERRILL, P.C.
2850 W. HORIZON RIDGE PKWY. #200
HENDERSON, NV  89052
PHONE (702) 566-1935
FAX (702) 924-0787

# CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5, I certify that I am an employee of David J. Merrill, P.C. and that on the 17th day of December, 2008, a copy of the foregoing Joint Interim Status Report & Proposed Amended Stipulated Discovery Plan and Scheduling Order was served on the parties by filing and serving the same using the ECF system or by U.S. Mail as indicated as follows:

Thomas W. Davis, II
twd@h2law.com; vah@h2law.com

David A. Zisser
dzisser@ir-law.com; stablack@ir-law.com

Silvestre A. Fontes
Thomas J. Rappaport
David London
Robert D. O'Connor
Rachel E. Hershfang
Britt K. Collins
Fontess@sec.gov; #BRODOCKET@sec.gov; rappaportt@sec.gov; londond@sec.gov; oconnord@sec.gov; hershfangr@sec.gov; collinsb@sec.gov

Blaine T. Welsh
Blaine.Welsh@usdoj.gov; Eunice.jones@usdoj.gov; sue.knight@usdoj.gov

DAVID J. MERRILL, P.C.
2850 W. HORIZON RIDGE PKWY. #200
HENDERSON, NV 89052
PHONE (702) 566-1935
FAX (702) 924-0787

1  Sean T. Prosser
   Tyson E. Marshall
2  sprosser@mofo.com; tmarshall@mofo.com

3

4  James N. Barber
   Barber.jn@comcast.net

5

6  Kelly O. Slade
   kslade@embarqmail.com
7

8

9  O. Robert Meredith
   Robert@meredithlaw.com

10

11 Daniel G. Chapman
   DGChap@cox.net
12

13

14 Donald J. Christie
   donchristie@aol.com

15

16
   Sean P. Flanagan
17 sean@mobilenationinc.com

18

19 James L. Ericksteen                          **Service by U.S. Mail**
   1228 West Hastings Street, Apt. 1502
20 Vancouver, B.C., V6E 4S6
    CANADA
21

22

23
                                               */s/ David J. Merrill*
24                                             An employee of David J. Merrill, P.C.

25

David J. Merrill, P.C.
2850 W. Horizon Ridge Pkwy. #200
Henderson, NV 89052
Phone (702) 566-1935
Fax (702) 924-0787