THOMAS W. DAVIS, II, ESQ.
Nevada State Bar #2531
HOWARD & HOWARD
3800 HOWARD HUGHES PARKWAY #1400
LAS VEGAS, NV 89169
Telephone:  702-257-1483
Facsimile:  702-567-1568

DAVID A. ZISSER (Member, Colorado Bar 11889)
ISAACSON ROSENBAUM P.C.
633 17th Street, Suite 2200
Denver, Colorado  80202
Telephone:  303-292-5656
Direct Dial:  303-256-3952
Facsimile:  303-292-3152
E-Mail:  dzisser@ir-law.com

Attorneys for Defendants Ingo W. Mueller
and Firoz Jinnah

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>EXOTICS.COM, INC., et al.,<br><br>    Defendants, | Case No.: 2:05-cv-00531-PMP-GWF<br><br>**STATUS REPORT OF DEFENDANTS FIROZ JINNAH AND INGO MUELLER REGARDING PRIVILEGE ISSUES** |

    This is the Status Report ordered by Magistrate Judge Foley in his Order of January 12, 2009 (Document No. 151), relating to a privilege review of computer files in the possession of the Plaintiff Securities and Exchange Commission.

I..    BACKGROUND

    Defendants Mueller and Jinnah are residents of Vancouver, British Columbia. Undersigned counsel is advised that some time in 2004, as part of the SEC's investigation which led to the filing of this action, the British Columbia Securities Commission provided the SEC

with a large number of documents, in electronic format, which had been seized from Mr. Mueller and Mr. Jinnah by Canadian authorities.

The electronic files were in two media. There were three compact discs, and a hard drive on to which the Canadian authorities apparently copied hard drives from a number of computers located in the place of business of Messrs. Mueller and Jinnah. In addition, the hard drive provided to the SEC included copies of electronic files on the personal Blackberries of both Mr. Mueller and Mr. Jinnah.

The Canadian authorities indicated that the contents of the materials provided to the SEC included documents which, on their face, appeared to be subject to attorney/client privilege. The SEC offered counsel for Mr. Mueller and Mr. Jinnah the opportunity to review the electronic files for privilege, and provided counsel for Mr. Mueller and Mr. Jinnah with copies of the compact discs, and a copy of the hard drive which contained copies of the computer files from the offices of Mr. Mueller and Mr. Jinnah.

The compact discs provided by the SEC, while containing a large amount of documents, were in a form which was neither searchable by counsel's computer system, or which could be easily converted to a searchable form. A privilege review of those documents was completed in July, 2008, and a schedule identifying documents subject to attorney/client privilege was provided to the SEC on July 25, 2008.

A review of the documents on the hard drive provided by the SEC has proved to be problematic. Counsel is advised that the hard drive contains many gigabits of information in a form not searchable by counsel's computer system. Counsel for Mr. Mueller and Mr. Jinnah conferred with an outside vendor and ascertained that the cost of conversion to a searchable form would be in excess of $9,000. It is not reasonable for Messrs. Mueller and Jinnah to incur that cost, to say nothing of the costs that would be incurred to perform the privilege review.

II.     PRESENT STATUS

Because of the expense involved in converting the documents on the hard drive to a searchable form, the privilege review of those documents has not been done. Mr. Mueller and Mr. Jinnah believe there are several possible ways to deal with the issue of potential privilege

Isaacson Rosenbaum P.C.
633 17th Street, Suite 2200
Denver, Colorado 80202
(303) 292-5656

without requiring them to bear an unreasonable expense in converting electronic files and paying for a privilege review of an enormous universe of documents.

Because the documents at issue were seized from Mr. Mueller and Mr. Jinnah, and not produced by them voluntarily, to the extent that the seized documents contained privileged materials, it cannot be said that either Mr. Mueller or Mr. Jinnah waived a claim to privilege.

The advisory notes to the 2006 amendments to Rule 26(f), F.R.C.P. address various protocols that can be used to minimize costs and delays relating to the issue of privilege, even where the documents are produced by the party able to claim privilege. For example, the SEC could perform a "quick peek" of the electronic files to determine documents which they may want to use in the litigation, thereby reducing the universe of documents to be reviewed for privilege. Alternatively, counsel for Mr. Mueller and Mr. Jinnah can provide search criteria to the SEC for it to perform a computerized search of documents for the purpose of identifying documents potentially subject to privilege. Counsel for Mr. Mueller and Mr. Jinnah could then review those potentially privileged documents to determine whether they wish to claim privilege on any or all of them. These mechanisms can be employed without Mr. Mueller and Mr. Jinnah waiving any claim for privilege, and without the SEC waiving any contention that any privileged claim that may be raised is not well-founded.

Counsel for Mr. Mueller and Mr. Jinnah has conferred with counsel for the SEC on several of these alternatives. However, counsel for Mr. Mueller and Mr. Jinnah was able to raise these issues with counsel for the SEC only recently and the SEC has had insufficient time to prepare a reply. Counsel for the SEC advises that the Court can expect a reply to this Status Report within several days.

Dated this 9th day of February, 2009.

        Respectfully submitted,

        ISAACSON ROSENBAUM P.C.

        /s/  David A. Zisser

        _____

        David A. Zisser

**Isaacson Rosenbaum P.C.**
633 17th Street, Suite 2200
Denver, Colorado 80202
(303) 292-5656

| | |
|---|---|
| 1 | |
| 2 | Isaacson Rosenbaum P.C. |
| 3 | 633 17th Street, Suite 2200 |
|   | Denver, Colorado  80202 |
| 4 | Telephone:  303-292-5656 |
|   | Direct Dial:  303-256-3952 |
| 5 | Facsimile:  303-292-3152 |
|   | E-Mail:  dzisser@ir-law.com |
| 6 | |
| 7 | Thomas W. Davis, II, ESQ. |
|   | Nevada State Bar #2531 |
| 8 | HOWARD & HOWARD |
|   | 3800 HOWARD HUGHES PARKWAY #1400 |
| 9 | LAS VEGAS, NV 89169 |
|   | Telephone:  702-257-1483 |
| 10 | Facsimile:  702-567-1568 |
| 11 | |
| 12 | Attorneys for Defendant Ingo W. Mueller |
|    | and Firoz Jinnah |

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2009, I forwarded a true and correct copy of the foregoing Status Report of Defendants Mueller and Jinnah Regarding Privilege Issues by filing and serving the same using the ECF system or by U.S. Mail as indicated below:

Silvestre A. Fontes, Esquire
Thomas J. Rappaport, Esquire
David London, Esquire
Robert D. O'Connor, Esquire
Britt K. Collins, Esquire
Rachael E. Hershfang, Esquire
Securities and Exchange Commission
33 Arch Street
23rd Floor
Boston, MA   02110-1424
fontess@sec.gov
rappaportt@sec.gov
londond@sec.gov
oconnord@sec.gov
collinsb@sec.gov
hershfangr@sec.gov

Blaine T. Welsh, Esquire
U.S. Attorney's Office
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, NV   89101
Blaine.Welsh@usdoj.gov

David J. Merrill, Esquire
David J. Merrill, P.C.
2850 West Horizon Ridge Parkway
Henderson, NV   89052
david@djmerrillpc.com

Sean T. Prosser, Esquire
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, CA   92130-2040
sprosser@mofo.com

Tyson E. Marshall, Esquire
Morrison & Foerster LLP
425 Market Street
San Francisco, CA   94105-2482
tmarshall@mofo.com

**Isaacson Rosenbaum P.C.**
633 17th Street, Suite 2200
Denver, Colorado 80202
(303) 292-5656

**Isaacson Rosenbaum P.C.**
633 17th Street, Suite 2200
Denver, Colorado 80202
(303) 292-5656

| | |
|---|---|
| James N. Barber, Esquire<br>Suite 100, Chase Tower<br>50 West Broadway<br>Salt Lake City, UT   84101<br>Barber.jn@comcast.net | |
| Kelly O. Slade, Esquire<br>Law Offices of Kelly Slade, Ltd.<br>3340 Camino Gardens Way<br>Las Vegas, NV   89146<br>kslade@embarqmail.com | |
| O. Robert Meredith, Esquire<br>1111 Brickyard Road, Suite 206<br>Salt Lake City, UT   84106<br>Robert@meredithlaw.com | |
| Mr. Daniel G. Chapman<br>1235 N. Clybourn, Suite A-187<br>Chicago, II   606103-160<br>dgchap@cox.net | |
| Donald J. Christie, Esquire<br>1137 South Rancho Drive, Suite B<br>Las Vegas, NV   89102<br>donchristie@aol.com | |
| Mr. Sean P. Flanagan<br>322 South Jones Blvd.<br>Suite 12<br>Las Vegas, NV   89107 | Service by U.S. Mail |
| Mr. Sean P. Flanagan<br>2612 Huber Heights Dr.<br>Las Vegas, NV   89128 | Service by U.S. Mail |
| Mr. James L. Ericksteen<br>Apt. 1502 - 1228 West Hastings Street<br>Vancouver, B.C.<br>Canada<br>V6E 4S6 | Service by U.S. Mail |

/s/  Susan Tablack
_____
Susan Tablack