UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>EXOTICS.COM, INC., et al,<br><br>          Defendants. | 2:05-cv-00531-PMP-GWF<br><br>ORDER |

Having read and considered Plaintiff's Motion for Summary Judgment Against Defendant L. Rex Anderson (Doc. #216) filed January 29, 2010, and Defendant Anderson's Response in Opposition Thereto (Doc. #221) filed February 25, 2010, and good cause appearing,

**IT IS ORDERED** that Plaintiff Securities and Exchange Commission's Motion for Summary Judgment Against Defendant L. Rex Anderson (Doc. #216) is **GRANTED.**

DATED: March 8, 2010.

_____
PHILIP M. PRO
United States District Judge