# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION, )
                                        Plaintiff, )   Case No.  2:05-cv-00531-PMP-GWF

vs. )   **ORDER**

EXOTICS.COM, INC., et al., )
                                        Defendants. )

This matter is before the Court on Defendant Daniel G. Chapman's Counter-motion for Sanctions (#257), filed July 12, 2010, Plaintiff's Response to Counter-motion for Sanctions (#256), filed July 22, 2010; and Defendant's Reply to Opposition to Counter-motion for Sanctions Against Plaintiff (#258), filed July 28, 2010.  The Court held a hearing on this matter on July 29, 2010.  Upon review and consideration of the pleadings and arguments presented during the hearing on the matter,

**IT IS HEREBY ORDERED** that Defendant Daniel G. Chapman's Counter-motion for Sanctions (#257) is **denied**.

DATED this 30th day of July, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge