UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> EXOTICS.COM, INC., et al, <br><br> Defendants. | 2:05-cv-00531-PMP-GWF <br><br><br> <u>ORDER</u> |

The Court having read and considered Defendant Gary Thomas Vojtesak's Combined Motion to Set Aside Default Judgment for Lack of Personal Jurisdiction and to Dismiss Pursuant to FED. R. CIV. P. 4(m) (Doc. #295), Plaintiff's Response in Opposition Thereto (Doc. #304) and Defendant's Reply (Doc. #306), and good cause appearing,

**IT IS ORDERED that** Defendant Gary Thomas Vojtesak's Combined Motion to Set Aside Default Judgment for Lack of Personal Jurisdiction and to Dismiss Pursuant to FED. R. CIV. P. 4(m) (Doc. #295) is **DENIED**.

DATED: March 4, 2011.

_____
PHILIP M. PRO
United States District Judge