UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXOTICS.COM, INC., et al,<br><br>　　　　Defendants. | 2:05-cv-00531-PMP-GWF<br><br><u>ORDER</u> |

The Court having read and considered Defendants' Motion to Exclude Deposition Transcripts and Exhibits (Doc. #329) filed March 16, 2011, Plaintiff's Response in Opposition thereto (Doc. #330) filed March 17, 2011, and Defendants' Reply Memorandum (Doc. #332) filed March 24, 2011, and good cause appearing,

**IT IS ORDERED** that Defendants' Motion to Exclude Deposition Transcripts and Exhibits (Doc. #329) is **DENIED** without prejudice to renew the arguments asserted therein in post-trial briefing which the Court will order upon completion of the bench trial in this case currently scheduled for April 12, 2011 for the video conference testimony of Mr. Jinnah.

DATED:  March 29, 2011.

_____
PHILIP M. PRO
United States District Judge