DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) Case No. 2:05-cv-00531-PMP-GWF |
| v. | ) ) |
| EXOTICS.COM, INC., *et al.*, | ) ) |
| Defendants. | ) ) |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Nancy Ellen Tyler to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Tyler is an attorney with the Securities and Exchange Commission, an agency of the federal government. Ms. Tyler is a member in good standing of the Texas State Bar (Bar No. 20358600).

1

The following contact information is provided to the Court:

> Nancy Ellen Tyler
> Assistant Chief Litigation Counsel
> Division of Enforcement
> United States Securities and Exchange Commission
> 100 F Street, NE
> Mail Stop 5985
> Washington, DC 20549-0022
> Tel. (202) 551-4193
> Fax (202) 772-9291
> tylern@sec.gov

Accordingly, the United States respectfully requests that an order be issued allowing Ms. Tyler to practice before this honorable Court.

Respectfully submitted this 26th day of June 2012.

DANIEL G. BOGDEN<br>
United States Attorney<br>
<br>
 /s/  Blaine Welsh<br>
BLAINE T. WELSH<br>
Assistant United States Attorney

**IT IS SO ORDERED:**

*[signature]*

**UNITED STATES DISTRICT JUDGE**

DATED: June 27, 2012.

2

## PROOF OF SERVICE

I, Blaine Welsh, certify that the following individuals were served the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

### Electronic Case Filing:

**James Barber**
50 West Broadway
Salt Lake City, UT 84101
barber.jn@comcast.net

**Kelly O Slade**
3340 Camino Gardens Way
Las Vegas, NV 89146
kslade@embarqmail.com

**O. Robert Meredith**
1111 Brickyard Rd., Suite206
Salt Lake City, UT 84106
robert@meredithlaw.com

**David J. Merrill**
David J. Merrill, P.C.
10161 Park Run Drive
Suite 150
Las Vegas, NV 89145
david@djmerrillpc.com

**Sean Prosser**
Morrison & Foerster, LLP
12531 High Bluff Drive,
Suite 100
San Diego, CA 92130-2040
sprosser@mofo.com

**Tyson Marshall**
Morrison & Foerster LLP
12531 High Bluff Drive
San Diego, CA 92130
tmarshall@mofo.com

**Daniel G Chapman**
47 W. Polk Street
Suite 100-213
Chicago, IL 60605-2085
dgchap@cox.net

**Donald J Christie**
1137 South Rancho Dr.
Las Vegas, NV 89102
donchristie@aol.com

**Kurt R. Bonds**
Alverson Taylor Mortensen,
7401 W Charleston Blvd
Las Vegas, NV 89117
efile@alversontaylor.com

**Sean P. Flanagan**
7251 W. Lake Mead Blvd.,
Suite 300
Las Vegas, NV 89128
sean@mobilenationinc.com

**David A. Zisser**
Davis Graham & Stubbs LLP
1550 17th Street
Suite 500
Denver, CO 80202
david.zisser@dgslaw.com

**Thomas W. Davis , II**
Howard & Howard
3800 Howard Hughes
Parkway, #1400
Las Vegas, NV 89169
twd@h2law.com

**Gary Crandell**
Gary Crandell, PC
P.O. Box 24266
Denver, CO 80224
gcrandellpc@gmail.com

**John L. Krieger**
Lewis and Roca LLP
3993 Howard Hughes Pkwy.
Suite 600
Las Vegas, NV 89169-0961
jkrieger@lrlaw.com

*Attorney for Defendants.*

DATED this 26th day of June 2012.

*/s/ Blaine Welsh*
BLAINE T. WELSH
Assistant United States Attorney

3