# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EXOTICS.COM, INC., et al., ) <br> ) <br> Defendants. ) | Case No. 2:05-cv-00531-PMP-GWF <br><br> **ORDER** <br><br> Motion to Compel (#372) |

      This matter comes before the court on Plaintiff Security and Exchange Commission's ("Plaintiff") Motion to Compel (#372), filed on October 5, 2012. The time to file a response to the Motion expired on October 22, 2012. Under Local Rule 49-7, the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. To date, no response to the instant Motion (#372) has been filed. Furthermore, the Court finds Plaintiff substantially establishes good cause for granting its Motion to Compel (#372). Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff Security and Exchange Commission's Motion to Compel (#372) is **granted.**

      **IT IS FURTHER ORDERED** that Defendant Gary Thomas shall respond to Plaintiff's Interrogatories and Request for the Production of Documents in aid of Execution on a Judgment to Defendant Gary Thomas no later than **November 13, 2012.**

      DATED this 31st day of October, 2012.

                                                                                     *George Foley Jr.*
                                                                    GEORGE FOLEY, JR.
                                                                    United States Magistrate Judge