UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL G. CHAPMAN, JAMES L. ERICKSTEEN, and SEAN P. FLANAGAN,<br><br>    Defendants. | 2:05-CV-00531-PMP-GWF<br><br>**JUDGMENT** |

The Court having this date entered its Findings of Facts and Conclusions of Law with respect to the remaining Parties to this action,

**IT IS SO ORDERED** that judgment is hereby entered in favor of Defendants James L. Ericksteen, Daniel G. Chapman and Sean P. Flanagan and against Plaintiff Securities and Exchange Commission.

DATED: January 7, 2013.

_____
PHILIP M. PRO
United States District Judge