UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| DANIEL G. CHAPMAN, JAMES L. ERICKSTEEN, and SEAN P. FLANAGAN, | ) ) ) ) |
| Defendants. | ) ) ) ) |

2:05-CV-00531-PMP-GWF

**JUDGMENT**

The Court having this date entered its Findings of Facts and Conclusions of Law with respect to the remaining Parties to this action,

**IT IS SO ORDERED** that judgment is hereby entered in favor of Defendants James L. Ericksteen, Daniel G. Chapman and Sean P. Flanagan and against Plaintiff Securities and Exchange Commission.

DATED: January 7, 2013.

_____
PHILIP M. PRO
United States District Judge