# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION, )
)
                                          Plaintiff, )    Case No. 2:05-cv-00531-PMP-GWF
)
vs. )    **ORDER**
)
EXOTICS.COM, INC., et al., )    Motion to Withdraw as Local
)    Counsel (#379)
                                         Defendants. )
)

       This matter comes before the Court on John L. Krieger, Esq.'s Motion to Withdraw as Local Counsel for Defendant Gary Thomas (#379), filed on December 20, 2012. Plaintiff filed an Opposition (#383) on January 7, 2013. The Court conducted a hearing on the Motion on January 29, 2012.

       Mr. Krieger cites irreconcilable differences regarding the direction and handling of Mr. Thomas' case in support of his Motion. Plaintiff objects, noting that permitting withdrawal will leave out-of-state lead counsel Gary Crandell, Esq. without local counsel as required by Local Rule 10-2. Plaintiff also argues that Mr. Krieger should be required to state on the record before being permitted to withdraw whether he received Plaintiff's discovery requests. At the January 29 hearing, Mr. Krieger stated he had received and forwarded the discovery requests to Mr. Crandell, who in turn represented that he had forwarded them to Mr. Thomas. Mr. Crandell further represented that he also intends to file a motion to withdraw as counsel for Mr. Thomas. The Court finds that Mr. Krieger establishes good cause to withdraw as counsel. Accordingly,

       **IT IS HEREBY ORDERED** that John Krieger, Esq.'s Motion to Withdraw as Local Counsel for Defendant Gary Thomas (#379) is **granted**.

1     **IT IS FURTHER ORDERED** that Gary Crandell, Esq. shall file a motion to withdraw or obtain new local counsel by **February 11, 2013**.

    DATED this 1st day of February, 2013.

                                                GEORGE FOLEY, JR.
                                                United States Magistrate Judge