DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 2:05-cv-00531-PMP-GWF |
| v. | ) |
| EXOTICS.COM, INC., *et al.*, | )<br>) |
| Defendants. | ) |

## MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Marsha C. Massey to practice before it in all matters relating to the above-captioned case.

Ms. Massey is a supervisory trial attorney with the Securities and Exchange Commission, an agency of the federal government. Ms. Massey is also a member in good standing of the Florida Bar (No. 95220).

The following contact information is provided to the Court:

>Marsha C. Massey
>Supervisory Assistant Chief Litigation Counsel
>Division of Enforcement
>United States Securities and Exchange Commission
>100 F Street, NE
>Mail Stop 5985
>Washington, DC 20549-5985
>Tel. (202) 551-4452
>Fax (202) 772-9245
>masseym@sec.gov

Accordingly, the United States respectfully requests that an order be issued allowing Marsha C. Massey to practice before this honorable Court.

Respectfully submitted this 4th day of March 2013.

>DANIEL G. BOGDEN
>United States Attorney
>
> */s/ Blaine Welsh*
>BLAINE T. WELSH
>Assistant United States Attorney

**IT IS SO ORDERED:**

*[signature]*
_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** _ March 5, 2013. _____

**PROOF OF SERVICE**

I, Blaine Welsh, certify that the following individuals were served the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing:**

Daniel G Chapman
dgchap@cox.net

*Attorney for Daniel G. Chapman.*

Kurt R. Bonds
efile@alversontaylor.com, kbonds@alversontaylor.com

*Attorney for James L. Ericksteen.*

Sean P. Flanagan
sean@mobilenationinc.com, sean@flanaganltd.com

*Pro se.*

DATED this 4th day of March 2013.

　　　　　　　　　　　　　　　　　　　*/s/ Blaine Welsh*
　　　　　　　　　　　　　　　　　　　BLAINE T. WELSH
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

3