
Corey M. Eschweiler, Esq.
Nevada Bar No. 6635
Joseph F. Schmitt, Esq.
Nevada Bar No. 9681
GLEN LERNER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 933-7043
E-mail: ceschweiler@glenlerner.com
        jschmitt@glenlerner.com

Gary L. Crandell, *Pro Hac Vice*
Gary L. Crandell, PC
P.O. Box 24266
Denver, Colorado 80224
Telephone: (303) 322-0101
Facsimile: (303) 484-0427
E-mail: gcrandellpc@gmail.com
Attorneys for Defendant
*Gary Thomas a/k/a Gary Thomas Vojtesak*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>EXOTICS.COM, INC., REX ANDERSEN MARLIN R. BRINSKY, DANIEL G. CHAPMAN, STEPHEN P. CORSO, JR., BARRY F. DUGGEN, JAMES L. ERICKSTEEN, SEAN P. FLANAGAN FIROZ JINNAH, INGO W. MUELLER, BRIAN K. RABINOVITZ, EDWARD JAMES WEXLER, GARY THOMAS a/k/a GARY THOMAS VOJTESAK,<br><br>Defendants,<br><br>and<br><br>FLANAGAN & ASSOCIATES, LTD.,<br><br>Relief Defendant. | Case No.: 2:05-cv-00531-PMP-GWF<br><br>**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO** |

Pursuant to the requirements of the Local Rules of Practice for this Court, Gary L. Crandell, Esq., attorney for Defendant Gary Thomas a/k/a Gary Thomas Vojtesak, believes it to be in the best interests of the client to designate Corey M. Eschweiler, Attorney at Law, member of the State

of Nevada and previously admitted to practice before the above-entitled Court, as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

    4795 S. Durango Drive
    Las Vegas, Nevada 89147
    Phone: (702) 877-1500
    Email: ceschweiler@glenlerner.com

By this designation the petitioner and undersigned party agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Corey M. Eschweiler as his Designated Resident Nevada Counsel in this case.

_____
Gary Thomas a/k/a Gary Thomas Vojtesak

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

GLEN LERNER INJURY ATTORNEYS

By: _____
Corey M. Eschweiler, Esq.
Nevada Bar No. 6635
Joseph F. Schmitt, Esq.
Nevada Bar No. 9681
4795 South Durango Drive
Las Vegas, Nevada 89147
Attorneys for Defendant
*Gary Thomas a/k/a Gary Thomas Vojtesak*

APPROVED:

Dated: this 7th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE