UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>GARY THOMAS a/k/a GARY THOMAS VOJTESAK,<br><br>    Defendant. | 2:05-CV-00531-PMP-GWF<br><br>**ORDER** |

   Having considered the Objections to Magistrate Judge's Order (Doc. #404), all briefing filed in connection therewith, including the Supplemental Briefs of the Parties (Docs. #408 & #410), as well as the arguments presented at the hearing conducted April 4, 2013 (Doc. #407), and good cause appearing,

   The Court finds that no good cause is shown to warrant reconsideration of the Court's earlier Order denying Defendant's motion to dismiss, and further that the Order entered by the Magistrate Judge (Doc. #401) on March 11, 2013 is neither clearly erroneous nor contrary to law, and good cause appearing,

   **IT IS ORDERED** that Defendant Gary Thomas Vojtesak's Objections to Magistrate Judge's Order (Doc. #404) are **OVERRULED** and the Order of the Magistrate Judge (Doc. #401) is **AFFIRMED**.

DATED: May 29, 2013.

                   _____
                   PHILIP M. PRO
                   United States District Judge