IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| EXOTICS.COM, INC., L. REX ANDERSEN, MARLIN R. BRINSKY, DANIEL G. CHAPMAN, STEPHEN P. CORSO, JR., BARRY F. DUGGAN, JAMES L. ERICKSTEEN, SEAN P. FLANAGAN, FIROZ JINNAH, INGO W. MUELLER, BRIAN K. RABINOVITZ, EDWARD JAMES WEXLER, GARY THOMAS a/k/a GARY THOMAS VOJTESAK, | ) ) ) ) ) ) ) ) ) ) ) | No. 2:05-cv-00531-PMP-GWF |
| Defendants. | ) ) | |

**[PROPOSED] INSTALLMENT PAYMENT ORDER**

This matter is before the Court on the motion of the Plaintiff, United States Securities and Exchange Commission (the "SEC" or "Commission") for an installment payment order pursuant to 28 U.S.C. § 3204 as to the Defendant, Gary Thomas ("Thomas"). Defendant has failed to file a timely opposition to Plaintiff's motion. The Court having reviewed the motion, makes the following findings:

1. On December 22, 2006, the Court entered a Final Judgment of Default (the "Judgment") against Thomas. (Dkt. No. 86). The Defendant was ordered to pay civil money penalties in the total amount of $540,000.

2. As of March 5, 2014, the sum of $764,802.38 (consisting of a civil penalty of $540,000 and accrued post judgment interest at 4.95% a year under 28 U.S.C. § 1961 of

3

$224,802.38), remains due and owing.

3.  Thomas is self-employed and based upon the financial information obtained by the Commission and presented to the Court, Thomas is able to make payments of $15,966 per month in satisfaction of the judgment debt.

4.  The installment payments shall be paid beginning on April 1, 2014 and shall be made on or before the 1st day of each month thereafter until the balance is paid in full.  Each payment shall be made by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission.  The payment shall be mailed or delivered to the Securities and Exchange Commission, Enterprise Services Center, Accounts Receivable Branch, 6500 South MacArthur Boulevard, Oklahoma City, OK 73169, and shall be accompanied by a letter identifying Thomas as the Defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to the Judgment.  A copy of such payment and letter shall be sent to Nancy E. Tyler, Securities and Exchange Commission, 100 F Street NE, Mail Stop 5631, Washington, DC 20549-0022. Payments may also be submitted directly from a bank account or by debit card using Pay.gov at https://pay.gov/paygov.

5.  Thomas shall submit a quarterly financial statement to the Commission that summarizes: (1) his gross income; (2) his expenses; and (3) his disposable earnings, after deductions for income taxes and other deductions required by law.  The quarterly statements shall be sent to Nancy E. Tyler, Securities and Exchange Commission, 100 F Street NE, Mail Stop 5631, Washington, DC 20549-0022 in the months of January, April, July, and October, beginning in July 2014.

6.  Thomas shall advise the Commission of any substantial change in his financial

condition.

7.     This Court shall retain jurisdiction over this matter for the purpose of enforcing this Order.

**SO ORDERED.**

Dated this __31st__ day of __March__, 2014

_____
United States District Judge

SERVICE WILL BE MADE ELECTRONICALLY ON ALL ECF-REIGSTERED COUNSEL OF RECORD VIA EMAIL GENERATED BY THE COURT'S ECF SYSTEM.

SERVICE WILL BE MADE VIA FIRST CLASS U.S. MAIL ON:

Gary Thomas
6307 N Mockingbird Ln.
Paradise Valley, Arizona 85