UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br> v.<br><br>EXOTICS.COM, INC., et al.<br><br>           Defendants. | 2:05-CV-00531-PMP-GWF<br><br>ORDER |

IT IS ORDERED that Plaintiff Securities and Exchange Commission's Motion to Extend Time to File a Reply (Doc. #459) to and including October 14, 2014, is GRANTED.

DATED: August 29, 2014

_____
PHILIP M. PRO
United States District Judge