IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EXOTICS.COM, et al.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　No. 2:05-cv-00531-PMP-GWF<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

This matter came before the Court on the Motion of the Defendant, Gary Thomas, to Extend Time for the Hearing set on October 28, 2014, and the Securities and Exchange Commission's Objection thereto. (Dkt. Nos. 464 and 465). The Court held a telephonic hearing with the parties on October 14, 2014. (Dkt. No. 468).

At the telephonic motion hearing, the Court heard the arguments of counsel regarding Mr. Thomas's request to continue the evidentiary hearing and his possible dissipation of funds to a third party company, Round 2 Publishing Group LLC.

Based upon all of the foregoing, the Court hereby ORDERS that Defendant's Motion to Continue Evidentiary Hearing is GRANTED. The evidentiary hearing is now reset for November 18, 2014 at 9:00a.m. in Courtroom 4B.

The Court further ORDERS that the Defendant shall deposit the sum of $700,000 with the registry of the Court on or before October 28, 2014, which represents the sum of money Thomas invested in the company, Round 2 Publishing Group, LLC. Such sum shall be held in

the registry until further Order of this Court.

**SO ORDERED.**

Dated this 23rd day of October, 2014.

_____
Philip M. Pro
United States District Judge