UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | 2:05-cv-00531-PMP-GWF ) ) |
| EXOTICS.COM, INC., et al., | ORDER ) ) |
| Defendants. | ) ) ) |

IT IS ORDERED that Defendant Thomas' Objection (Doc. #474) to Plaintiff's Proposed Order (Doc. #472) is OVERRULED, and this Court's Order (Doc. #473) is hereby CONFIRMED.


DATED: October 27, 2014

_____
PHILIP M. PRO
United States District Judge