IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>vs.<br><br>EXOTICS.COM, INC., et al.,<br><br>      Defendants. | Case No. 2:05-cv-00531-MMD-GWF |

### ~~[PROPOSED]~~ ORDER TO SHOW CAUSE

This matter comes before the Court on Plaintiff's, United States Securities And Exchange Commission's Motion To Lift Stay Of Execution On Judgment and To Set Hearing On SEC's Motion For An Order To Show Cause Why Defendant Gary Thomas Should Not Be Held In Civil Contempt (Dkt. 450).

**IT IS HEREBY ORDRED** that Plaintiff's Motion to Lift Stay of Execution on Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Gary Thomas a/k/a/ Gary Thomas Vojtesak, shall appear on February 11, 2016, at 10:30 a.m. at Lloyd D. George Federal Building & U.S. Courthouse, 333 S. Las Vegas Blvd. So. Las Vegas, NV, and show cause why he should not be held in civil contempt for violating this Court's Order (Dkt. Entry 449) entered on March 31, 2014.

Dated this 11th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE