# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

vs.

EXOTICS.COM, INC., et al.,

                Defendants.

Case No. 2:05-cv-00531-MMD-GWF

**ORDER**

      This matter is before the Court on the Motion to Withdraw as Counsel for Gary Thomas a/k/a Gary Thomas Vojtesak (#492), filed on February 11, 2016. Carey M. Eschweiler, Esq. and Joseph F. Schmitt, Esq. ("counsel") and the law firm of Glen Lerner Injury Attorneys seek to withdraw as counsel of record for Defendant Gary Thomas a/k/a Gary Thomas Vojtesak ("Defendant"). Plaintiff filed a Response (# 493) on February 17, 2016 asserting that it takes no position on counsel's motion to withdraw. The Court finds that counsel have substantially established good cause for the withdrawal. Accordingly,

      **IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel for Gary Thomas a/k/a Gary Thomas Vojtesak (#492) is **granted** subject to the following conditions:

      1. Counsel shall confirm with the Court that Defendant has been personally notified of the show cause hearing set for April 5, 2016 at 1:00 p.m. in Reno, Nevada Courtroom 5; and

. . .

. . .

. . .

. . .

2. Counsel shall provide the Court and Plaintiff with a current address for Defendant, which shall be effective for the purpose of serving Defendant with any legal process until the Defendant notifies the Court otherwise or the appearance of new counsel is filed in this matter.

DATED this 19th day of February, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge