# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EXOTICS.COM, INC., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.  2:05-cv-00531-PMP-GWF <br><br> **ORDER** |

This matter is before the Court on the Motion to Withdraw as Counsel for Gary Thomas a/k/a Gary Thomas Vojtesak (#492), filed on February 11, 2016.  On February 19, 2016, the Court issued an Order (#494) granting the motion to withdraw subject to two conditions: 1) Counsel shall confirm with the Court that Defendant has been personally notified of the show cause hearing set for April 5, 2016 at 1:00 p.m. in Reno, Nevada Courtroom 5; and 2) Counsel shall provide the Court and Plaintiff with a current address for Defendant, which shall be effective for the purpose of serving Defendant with any legal process until the Defendant notifies the Court otherwise or the appearance of new counsel is filed in this matter.  On February 19, 2016, Counsel filed a Response to Court's Order (#495), which fully complied with the conditions set forth above.  Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel for Gary Thomas a/k/a Gary Thomas Vojtesak (#492) is **granted**.  The Clerk of the Court shall remove Carey M. Eschweiler, Esq., Joseph F. Schmitt, Esq., and the law firm of Glen Lerner Injury Attorneys as counsel of record for Defendant Gary Thomas a/k/a Gary Thomas Vojtesak.

. . .

. . .

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Defendant Gary Thomas a/k/a Gary Thomas Vojtesak to the civil docket:

**Gary Thomas a/k/a Gary Thomas Vojtesak
8007 East Del Mercurio Drive
Scottsdale, AZ 85258**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Defendant Gary Thomas a/k/a Gary Thomas Vojtesak with a copy of this order as well as Order (#494) at his last known address listed above.

DATED this 22nd day of February, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge