# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISION,<br><br>Plaintiff,<br><br>v.<br><br>EXOTICS.COM, INC., et al.,<br><br>Defendant. | Case No. 2:05-cv-00531-MMD-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff Securities and Exchange Commission's ("SEC") Motion for An Order To Show Cause Why Defendant Gary Thomas Should Not Be Held In Civil Contempt (ECF No. 547), filed on January 29, 2018. Defendant Gary Thomas Vojtesak ("Thomas") filed his Response on February 5, 2018 (ECF No. 549). The SEC filed its Reply (ECF No. 551) to Defendant's Response on February 6, 2018.

On October 23, 2017, the Court entered an order granting Plaintiff's Motion to Establish a New Installment Payment Plan. ECF No. 544. The Court ordered Thomas to make payments of $5,000.00 per month in satisfaction of the judgment against him. Mr. Thomas's first payment was due on or before November 1, 2017. *Id*. To date, Mr. Thomas has failed to comply with the Courts order. Upon review and consideration, the SEC has set forth reasonable grounds as to why Thomas should be required to show cause. Accordingly,

. . . .

1     **IT IS HEREBY ORDERED** that the parties shall appear for a show cause hearing set for
2 **Friday, May 4, 2018 at 9:30 a.m.** in Courtroom 3A.
3
4     Dated this 20th day of April, 2018.

*George Foley Jr.*
_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE