Nancy E. Tyler
Email: tylern@sec.gov
Division of Enforcement
Securities and Exchange Commission
100 F Street NE, Mail Stop 5631
Washington, D.C. 20549
Telephone: (202) 551-4193
Facsimile: (202) 772-9292

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>EXOTICS.COM, INC., et al.,<br><br>Defendants, | Case No.: **2:05-cv-00531-MMD-GWF** |

## **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 11-3, Plaintiff United States Securities and Exchange Commission (the "Commission") respectfully requests that this honorable Court permit Shuman Sohrn to practice before it in all matters relating to the above-captioned case.

Mr. Sohrn is an Assistant Chief Litigation Counsel with the Commission, an agency of the federal government. Mr. Sohrn is also a member in good standing of the Florida Bar (Fla. Bar No. 0669989).

The following contact information is provided to the Court for Mr. Sohrn:

Shuman Sohrn
Assistant Chief Litigation Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street, NE

Mailstop 5628
Washington, D.C. 20549
Tel: 202-551-8472
Fax: 202-304-1469
sohrns@sec.gov

Accordingly, the Commission respectfully requests that an order be issued allowing Shuman Sohrn to practice before this honorable Court.

Respectfully submitted, this 30th day of October 2018.

/s/ Nancy E. Tyler
Nancy E. Tyler
U.S. Securities and Exchange Commission
100 F Street, NE, Mailstop 5631
Washington, D.C. 20549
Tel: 202-551-4193
Fax: 202-772-9292
tylern@sec.gov

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** October 30, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2018, I served the forgoing document, with attachments, by filing in the Court's Electronic Court Filing system and by First Class Mail to: Gary Thomas, 8007 E. Del Mercurio Drive, Scottsdale, AZ 85258.

/s/ Nancy E. Tyler
Nancy E. Tyler, Attorney for Plaintiff