|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **DISTRICT OF NEVADA** |

| | | |
|---|---|---|
| 3 | UNITED STATES SECURITIES AND | Case No.: **2:05-cv-00531-MMD-GWF** |
| 4 | EXCHANGE COMMISSION, | |
| 5 | Plaintiff, | |
| 6 | vs. | |
| 7 | EXOTICS.COM, INC., et al., | |
| 8 | Defendants, | |
| 9 | and | |
| 10 | EMPOWERING HUMANITY, INC. and its | |
| 11 | successors or assigns, | |
| 12 | Garnishee. | |

### DISPOSITION ORDER

TO: Garnishee, Empowering Humanity, Inc.
c/o Jeff A. Shumway, President
8151 E. Evans Road, Suite 2
Scottsdale, AZ 85260

REQUESTED BY: United States Securities and Exchange Commission
Shuman Sohrn
Assistant Chief Litigation Counsel
100 F Street, NE
Mail Stop 5628
Washington, DC 20549-0022

The Court having previously issued a Post-Judgment Continuing Writ of Garnishment to Garnishee Empowering Humanity, Inc., and further having reviewed Garnishee's Answer and Supplemental Response to Continuing Writ of Garnishment Re: Gary Thomas Vojtesak, as well as Plaintiff's Application for Disposition Order Pursuant to 28 U.S.C. § 3205(c), it is hereby

**ORDERED** that

Garnishee Empowering Humanity Inc. shall liquidate the 3,000,000 shares of its common

| | |
|---|---|
| 1 | stock issued to Gary Thomas (a/k/a Gary Thomas Vojtesak) and the 1,500,000 shares of its |
| 2 | common stock issued to Hey Mar Irrevocable Trust (dated January 1, 2009) and turn over the |
| 3 | proceeds of that liquidation to Plaintiff in partial satisfaction of the Court's Continuing Writ of |
| 4 | Garnishment. |
| 5 | |
| 6 | Further, in satisfying the terms of this **ORDER**, Garnishee shall forward payment(s) to |
| 7 | the Office of Financial Management, United States Securities and Exchange Commission, |
| 8 | Enterprise Services Center, Accounts Receivable Branch, 6500 South MacArthur Boulevard, |
| 9 | Oklahoma City, OK 73169, with the notation that the payment is on behalf of GARY THOMAS, |
| 10 | SEC Case No. B-01729-D, until Defendant's debt is paid in full or Garnishee no longer has |
| 11 | custody or control of any property belonging to Defendant. |

Dated this  6th  day of  May, 2019.                    ~~2018.~~

_____
United States District ~~/ Magistrate~~ Judge